IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     Heather A. DiBattista | : | Chapter 7 |
| | : | |
| Debtor | : | Case No.: 12-20298 |

## MOTION TO CONVERT BANKRUPTCY CASE FROM A CHAPTER 7 TO A CHAPTER 13

1. The above referenced case was filed as a Chapter 7 Bankruptcy on or about November 5, 2012.

2. The Chapter 7 Bankruptcy was assigned case number 12-20298.

3. The Chapter 7 Bankruptcy was filed for the purpose of receiving a discharge of unsecured non-priority debts.

4. On or about October 31, 2012 the Debtor moved to a less expensive residence.

5. Further, the Debtor's daughter no longer resides with the Debtor.

6. Based on the foregoing financial changes the Debtor currently has sufficient disposable monthly income to fund a Chapter 13 Plan.

7. The Debtor is desirous of paying a percentage of her debts due and owing through a Chapter 13 Plan.

8. For the reasons stated herein-above the Debtor respectfully requests her case be converted to a Chapter 13 Bankruptcy.

9. Upon Conversion the Debtor, through her counsel, will file a Chapter 13 Plan and amended schedules necessary to facilitate a Chapter 13 Bankruptcy.

DATE: 12/11/12

_____
Brad J. Sadek, Esq.
Attorney for Debtor