## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| **Heather A. DiBattista** | : | **Chapter 7** |
| | : | |
| **Debtor** | : | **Case No.: 12-20298** |

### ORDER

AND NOW, this _____ day of _____, 2013, it is hereby Ordered and

Decreed that the Bankruptcy Case of **Heather A. DiBattista** is hereby converted from a

Chapter 7 to a Chapter 13.

FURTHER ORDERED:


_____

                                                                          J.