## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Heather A. DiBattista | : : | Chapter 7 |
| **Debtor** | : | Case No.: 12-20298 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtor's Motion to Convert and Notice of Motion on all creditors and the following parties by electronic means and/or regular US mail:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Terry P. Dershaw, Esquire
Dershaw Law Offices
PO Box 556
Warminster, PA 18974-0632

Dated: 12/11/12

Brad J. Sadek, Esq.
Attorney for Debtor